UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| ANTHONY BRODZKI, ) | 2:11-CV-00697-PMP-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| GEORGE WESTERMAN, ) | |
| Defendant. ) | |

Before the Court for consideration is Plaintiff Anthony Brodzki's Complaint and Application to Proceed *In Forma Pauperis* (Doc. #1), filed on May 2, 2011.  On August 4, 2011, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #2) recommending that Plaintiff Brodzki's Complaint (Doc. #1) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #2) are Affirmed and Plaintiff Anthony Brodzki's Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED:  August 25, 2011.

PHILIP M. PRO
United States District Judge